UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20945-CIV-SEITZ/GOODMAN

ELDRICK BROWN,

      Plaintiff,

v.

REGINALD KINCHEN *et al.*,

      Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation ("Report") [DE 78] of the Honorable Jonathan Goodman, United States Magistrate Judge, to which no party filed objections. This action arises from the warrantless search of Plaintiff Eldrick Brown's home and his subsequent arrest on charges of sanitary nuisance and theft of electricity. Plaintiff pled guilty to and was convicted of sanitary nuisance, but the theft of electricity charge was dismissed. Plaintiff filed a 42 U.S.C. § 1983 civil rights complaint against the Defendant police officers alleging that Defendants violated his Fourth Amendment right to be free from unreasonable search and seizure by illegally searching his home and falsely arresting him. Judge Goodman recommends the Court grant Defendants' Motion for Summary Judgment [DE 57] because (1) there was probable cause for Brown's arrest or in the alternative Defendants are entitled to qualified immunity for Brown's arrest because no constitutional violation occurred; and (2) Defendants are entitled to qualified immunity for their warrantless search because not every objectively reasonable officer would have known the officers' warrantless search violated clearly established federal law. The Court has conducted a *de novo* review of the record and finds that Judge Goodman's factual determinations are not clearly erroneous and he correctly applied the law to the facts. Therefore, the Court will adopt Judge

Goodman's thorough and well-reasoned Report in full and for the reasons stated in the Report.  It is hereby

ORDERED that

(1) Judge Goodman's Report and Recommendation [DE 78] is AFFIRMED and ADOPTED.

(2) Defendants', Officers Kinchen, Goins, Cook, Williams, Passmore, Motion for Summary Judgment [DE 57] is GRANTED.

(3) The Court will enter judgment by separate Order.

(4) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(5) This CASE IS CLOSED.

DONE and ORDERED in Miami, Florida, this _21st_ day of March, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Judge O'Sullivan
       Counsel of Record/*Pro se* party